Irma HOGAN, Appellant, v. Lee J. RICK-
ETTS, Executor of the Estate of Eliza-
beth Henschen, deceased, Appellee.

No. 11890.

United States Court of Appeals
Sixth Circuit.

Oct. 9, 1953.

George S. Hawke, Cincinnati, Ohio,
for appellant.

Barbour, Kimpel & Allen, Cincinnati,
Ohio, for appellee.

Before SIMONS, Chief Judge, and
ALLEN and McALLISTER, Circuit
Judges.

PER CURIAM.

This case came on to be heard on the
briefs and record and oral argument of
counsel.

And it appearing that the case was
properly submitted to the jury under the
applicable Ohio law, Cleveland Trust
Company v. Scobie, 114 Ohio St. 241, 151
N.E. 373, 48 A.L.R. 182.

And no reversible error appearing in
the record;

It is ordered that the judgment be and
it hereby is affirmed.

Leo Cornelius KINNEY
v.
UNITED STATES of America.

No. 4732.

United States Court of Appeals
Tenth Circuit.

Sept. 12, 1953.

Jim Barnett and Carroll Samara, Okla-
homa City, Okl., for appellant.

Robert E. Shelton, U. S. Atty., and B.
Andrew Potter, Asst. U. S. Atty., Okla-
homa City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and
BRATTON and HUXMAN, Circuit
Judges.

PER CURIAM.

Docketed and dismissed, on motion of
appellee, for failure of appellant diligent-
ly to prosecute.

LOCAL UNION NO. 292, INTERNA-
TIONAL BROTHERHOOD OF ELEC-
TRICAL WORKERS, Appellant, v.
UNITED STATES of America.

No. 14842.

United States Court of Appeals
Eighth Circuit.

Oct. 7, 1953.

Nichols, Mullin, Farnand & Lee, Min-
neapolis, Minn., for appellant.

Edward P. Hodges, Acting Asst. Atty.
Gen., Washington, D. C., and George E.
MacKinnon, U. S. Atty., Minneapolis,
Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed,
on motion of appellant.